422

**Howard KETCHAM, Plaintiff-Appellant, v. NEW YORK WORLD'S FAIR 1939, Inc., Defendant-Appellee.**

**No. 274.**

Circuit Court of Appeals, Second Circuit.

May 5, 1941.

Morgan, Finnegan & Durham, of New York City (George B. Finnegan, Jr., of New York City, of counsel), for appellant.

Lord, Day & Lord, of New York City (Woodson·D. Scott, of New York City, of counsel), for appellee.

Before SWAN, CHASE, and CLARK, Circuit Judges.

PER CURIAM.

Decree, 34 F.Supp. 657, affirmed.

**In the Matter of MANOR REALTY COMPANY, a Michigan Corporation, Debtor.**

**Sidney J. LIFTIN, Appellant, v. MANOR REALTY COMPANY, Debtor, et al., Appellees, Indian Village Manor Co., Successor of Debtor; 8120 Jefferson Avenue East First Mortgage Bondholders' Committee; Union Guardian Trust Co. and Joseph A. Magidsohn, Trustees; G. M. Albers and M. A. Holland, Bondholders, Robert D. Sterling, Bondholder.**

**No. 8831.**

Circuit Court of Appeals, Sixth Circuit.

April 16, 1941.

Sidney J. Liftin, of New York City, in pro per.

Butzel, Levin & Winston and Herman A. August, all of Detroit, Mich., Arthur J. Hughes and Frank Michels, both of Chicago, Ill., and Miller, Bevan, Horwitz & DesRoches and Frank Ortman, all of Detroit, Mich., for appellees.

Before HICKS, ALLEN, and MARTIN, Circuit Judges.

PER CURIAM.

This cause was heard upon the original papers (Sec. 250 Chandler Act, 11 U.S.C.A. § 650) and briefs and was argued by counsel for appellant, upon consideration of all which the court is of the opinion that the District Court did not abuse its discretion in the allowance to Sidney J. Liftin, attorney for certain bondholders, of an attorney fee of $800 and expenses amounting to $227.37.

It is therefore ordered, adjudged and decreed that the order appealed from be, and the same is in all things, affirmed.

**Peter M. LEAVITT and James D. Glunts, Appellants, v. George K. MORROW and United States Corporation, Appellees.**

**No. 262.**

Circuit Court of Appeals, Second Circuit.

April 21, 1941.

Elliot F. Glassberg, of New York City, for appellants.

Sullivan & Cromwell, of New York City (De Lano Andrews and Frank J. Berberich, both of New York City, of counsel), for appellees.

Before L. HAND, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

Judgment affirmed on the authority of § 768 and Comment of the Restatement of Torts.